**Robert Roy AGETON, Appellant, v. UNITED STATES of America.**

No. 11960.

Circuit Court of Appeals, Eighth Circuit.

March 10, 1941.

No appearance for appellant.

Maurice F. Donegan, U. S. Atty., of Davenport, Iowa, C. I. Level, Asst. U. S. Atty., of Des Moines, Iowa, and William R. Sheridan, Asst. U. S. Atty., of Keokuk, Iowa, for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, without costs to either party in this court, on motion of appellee.

**Dr. John R. BRINKLEY, Appellant, v. W. O. BARNARD.**

No. 11963.

Circuit Court of Appeals, Eighth Circuit.

March 10, 1941.

Pace & Davis and Tom W. Campbell, all of Little Rock, Ark., for appellant.

Fred A. Isgrig, of Little Rock, Ark., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, with costs, for want of prosecution, on motion of appellee.

**B. & O. RAILROAD COMPANY, Appellant, v. Louis RUSSELL, Morris S. Borden, and Samuel T. Gaines, Operating as a Partnership under Name and Style of Borden & Gaines, Appellees.**

No. 8611.

Circuit Court of Appeals, Sixth Circuit.

March 4, 1941.

Harrington, Huxley & Smith, of Youngstown, Ohio, for appellant.

Borden & Gaines, of Cleveland, Ohio, for appellees.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

Pursuant to motion of appellant it is ordered that the appeal herein be and the same is dismissed.

**FIRST NATIONAL BANK OF BATTLE CREEK, now Michigan National Bank, a National Banking Association, Defendant and Appellant, v. Charles A. RIDDELL, Plaintiff and Appellee.**

No. 8819.

Circuit Court of Appeals, Sixth Circuit.

March 4, 1941.

William B. Cudlip, Charles R. Moon, Jr., and Bulkley, Ledyard, Dickinson & Wright, all of Detroit, Mich., for appellant.

N. A. Cobb, of Battle Creek, Mich., for appellee.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

Upon reading and filing the attached stipulation of attorneys for the parties; it is hereby ordered that the above-entitled appeal be dismissed without costs to either party.